AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

RECEIVED
DEC 1 8 2019
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| United States of America<br>v.<br>JASON DOUGLAS WICKETT<br><br>*Defendant(s)* | Case No.<br>1:19-MJ-081 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12-17-2019__ in the county of __Harrison__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, USC Section 2252(a)(4)(B) | Possession of child pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☐ Continued on the attached sheet.

*Complainant's signature*

Robert Larsen, Iowa DCI Special Agent
*Printed name and title*

☑ Sworn to before me and signed in my presence.

☐ Sworn to before me by telephone or other reliable electronic means.

Date: 12/18/2019

*Judge's signature*

City and state: Council Bluffs, Iowa

Celeste F. Bremer, US Magistrate Judge
*Printed name and title*

## Affidavit for Complaint Against Jason Wickett

I, Robert Larsen, duly sworn upon oath, do hereby depose and state as follows:

1. I am a Special Agent for the Iowa Department of Public Safety, Division of Criminal Investigation (DCI), and I have been employed by DCI as such since August of 1995. I have successfully completed fourteen weeks of Law Enforcement Training at the Iowa Department of Public Safety Training Center. As part of my duties as a DCI agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the production, distribution, receipt and possession of child pornography, in violation of 18 U.S.C. §§ 2251, 2252, and 2252A. I have received training in the area of child pornography and child exploitation, including training from the Internet Crimes Against Children Task Force, and have had the opportunity to observe and review numerous examples of child pornography in all forms of media including computer media. As part of my duties, I am a member of the FBI's Child Exploitation Task Force (CETF) in Omaha, Nebraska. As a result of my involvement with the FBI CETF, I have received special federal deputation authority, which among other things, allows me to seek and execute arrest and search warrants supporting a federal task force.

2. On December 16, 2019, I obtained a federal search warrant for the residence on the property at 4307 Austin Avenue, Little Sioux, Iowa, which is in the Southern District of Iowa, the vehicles registered to Jason Wickett, and the person of Jason Wickett. This search warrant was executed on December 17, 2019.

3. On December 17, 2019, Special Agent Chris Thomas and I also conducted an interview of Jason Wickett. Wicket stated his Internet Service Provider is Rise Broadband. Wickett advised he is the primary and only user of the HP desktop computer in his bedroom at 4307 Austin Avenue, Little Sioux, Iowa. Wickett admitted to receiving, possessing, and

1

distributing child pornography via hidden service chat sites.

4. During the execution of the search warrant, a forensic preview was conducted on the hard drive located inside the HP desktop computer located in Jason Wickett's bedroom at 4307 Austin Avenue, Little Sioux, Iowa. This preview was conducted by FBI CART examiner Jordan Warnock. Warnock identified an image of child pornography on the hard drive. The image was located within Yahoo Messenger in a folder called Photo Share. I viewed this image, which depicted an approximately 12 year old naked female displaying her breasts and genitals in a lascivious manner. Additionally, Warnock located multiple images of child pornography on a Sandisk Cruzer Glide USB flash drive that was previewed. Based on my training and experience, I believe that these images traveled in interstate commerce via the world wide web to be saved on Jason Wickett's computer or computer paraphernalia.

I declare under penalty of perjury that the foregoing facts and circumstances are true and correct to the best of my knowledge and belief.

Executed this date of December 18, 2019.

*Robert Larsen*
Robert Larsen, Special Agent
Iowa Division of Criminal Investigation
FBI Child Exploitation Task Force

Subscribed and sworn to before me this date of December 18, 2019.

*Celeste F. Bremer*
Celeste F. Bremer
United States Magistrate Judge
Southern District of Iowa

2